UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHY CHERAMIE, ET AL. | * | CIVIL ACTION NO.  02-CV-147 |
| VERSUS | * | MDL NO. 02-20131 |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL. | * | HONORABLE HARVEY BARTLE, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO SUBSTITUTE COUNSEL

NOWNOW INOW INTONOW INTO NOW INTO COURT,NOW INTO COURT, NOW INTO COURT, th

CorporationCorporation Corporation (hereinaCorporation (hereinafter sometimes referred to as  SmithKline ), Cor

SmithKlineSmithKline desires to substitute Charles M. Steen with the law firm of Steen, McShane Smith

WilWilliamson,Williamson, L.L.C., in place of Stephanie G. McShane, as counsel of record for SmithK Wi

Beecham Corporation.

WHEREFORE,WHEREFORE, SmithKline BWHEREFORE, SmithKline BeechaWHEREFORE, Smith

anan Order substituting Charles M. Steenan Order substituting Charles M. Steen with the law firm of Steen, McSha

in place of Stephanie G. McShane as counsel of record for SmithKline Beecham Corporation.

Respectfully submitted,

STEEN, McSHANE & WILLIAMSON, L.L.C.

/s/ Marie Rudd Posey
CHARLES M. STEEN, T.A. (#12420)
MARIE RUDD POSEY (#22534)
1250 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-1250
Telephone: (504) 599-8440

COUNSEL FOR SMITHKLINE
BEECHAM CORPORATION

## CERTIFICATE OF SERVICE

II do hereby certify that I have on this 25th day ofI do hereby certify that I have on this 25th day of July, 20

pleading,pleading, by mailing the same by United States Mail, properly addpleading, by mailing the same by U

prepaid,prepaid, or by hand delivery on counsel forprepaid, or by hand delivery on counsel for all parties orprepa

/s/ Marie Rudd Posey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CATHY CHERAMIE, ET AL.              *        CIVIL ACTION NO.  02-CV-147

VERSUS                              *        MDL NO. 02-20131

AMERICAN HOME PRODUCTS              *        HONORABLE HARVEY BARTLE, III
CORPORATION, ET AL.
* * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

CONSIDERING THE FOREGOING Motion to Substitute Counsel;

ITIT IS HEREBY ORDERED that Charles M. Steen withIT IS HEREBY ORDERED that Charles M. Ste

Williamson,Williamson, L.L.C., be, and is hereby, enrolled as counsel of record for SmithKline Beecham

Corporation,Corporation, anCorporation, and SCorporation, and Stephanie G. McShane is deleted as counsel of

Corporation,

Philadelphia, Pennsylvania this _____ day of _____, 2002.

_____
J U D G E