**IN THE UNITED STATES OF DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **IN RE DIET DRUGS**<br>**(PHENTERMINE/FENFLURAMINE/**<br>**DEXFENFLURAMINE) PRODUCTS**<br>**LIABILITY LITIGATION** | :    **MDL DOCKET NO. 1203**<br>:<br>:<br>:<br>:    **MDL NO. 02-20131** |

:
**CATHY CHERAMINE, ET AL.**  :
**(PORSCHE INTERVENTION)**  :
:
**v.**  :
:
**AMERICAN HOME PRODUCTS**  :
**CORPORATION, ET AL.**  :
:

<u>**PRETRIAL ORDER NO.** _____</u>

AND NOW TO WIT: This ____ day of _____, 2005, it having been reported that the issues between the parties have been settled with respect to plaintiff Cheryl Guidry in the above-captioned action, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby

ORDERED that, pursuant to agreement of counsel, all claims of plaintiff Cheryl Guidry in the above-captioned action are DISMISSED with prejudice and without costs as to all named Defendants.

MICHAEL E. KUNZ, Clerk of Court


BY: _____
                 Katherine Gallagher
                 Deputy Clerk