FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF LOUISIANA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Roland a. Ketchens Sr.<br>Bridgett G. Ketchens | Case Number<br>01-16243JAB | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Address where notices should be sent:<br><br><br><br><br>Telephone Number: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | 01-16243<br><br><br>THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: | Check here if ☐ replaces<br>this claim    ☐ amends    a previously filed claim, dated:_____ | |

| 1. Basis for Claim<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>  Last four digits of SS #: _____<br>  Unpaid compensation for services performed<br>  from _____ to _____<br>       (date)        (date) |
|---|---|
| 2. Date debt was incurred: | 3. If court judgment, date obtained: |

4. Total Amount of Claim at Time Case Filed:  $_____  _____  _____  _____
                                                 (unsecured)    (secured)      (priority)     (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>☐ Real Estate  ☐ Motor Vehicle<br>☐ Other_____<br><br>Value of Collateral:  $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____<br><br>6. Unsecured Nonpriority Claim $_____<br>☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | 7. Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim<br><br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).<br>☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>9. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>10. Date-Stamped Copy:   To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (04/04)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

---- DEFINITIONS ----

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

3. **Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

5. **Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

6. **Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

7. **Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

8. **Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

9. **Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 053L-2          User: mb            Page 1 of 1              Date Rcvd: Apr 14, 2004
Case: 01-16243                Form ID: 1672       Total Served: 33

The following entities were served by first class mail on Apr 16, 2004.
  db          Bridgett G. Ketchens,    441 N.W. 3rd Street #13,    Reserve, LA   70084
  db          Roland a. Ketchens, Sr.,    441 N.W. 3rd Street #13,    Reserve, LA   70084
  aty         Warren G. Lott,    701 North Causeway Boulevard,    Metairie, LA   70001
  aty         Wendy A. Geurin,    200 Jefferson, Suite 1450,    Memphis, TN   38103
  tr          Aaron E. Caillouet,    104 Acadia Lane,    Thibodaux, LA   70301
  smg         Collector of Revenue,    City of New Orleans,    City Hall Annex,    New Orleans, LA   70112
  smg         Delinquent Accounts Unit,    La. Department of Labor,    Office of Regulatory Services,
                P.O. Box 44127,    Baton Rouge, LA   70804
  smg         Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,    P. O. Box 66658,
                Baton Rouge, LA   70896-9988
  smg         U. S. Attorney's Office,    501 Magazine Street,    Suite 210,    New Orleans, LA   70130
  ust         Office of the U.S. Trustee,    400 Poydras Street,    Suite 2110,    New Orleans, LA   70130
1443390       Bottom Line Personal,    Box 58417,    Boulder CO 80322
1443391       C  M Medical Service,    3223 8th Street,    Suite A,    Metairie LA 70002
1443392       Chrysler Financial Co,    P O Box 7000,    Covington LA 70434
1452706       Chrysler Financial Co., LLC,    c/o Wendy A. Geurin,    200 Jefferson, Suite 1450,
                Memphis, TN   38103
1453319       Chrysler Financial Co., LLC,    P.O. Box 55000,    Detroit, MI 48255-1003
1443393       Citifinance,    6601 Veterans Memorial Blvd,    Suite 32,    Metairie LA 70003
1443389       District Director IRS,    600 S Maestri,    Mail Stop 18,    New Orleans LA 70130
1443395       Dr Jones,    404 W Acadia Dr,    Thibodeaux LA 70301
1443396       Dr W Micheal Cooper,    1101 Audubon Ave Ste 3,    Thibodeaux LA 70301
1443397       Interface Security,    1127 Texas Ave,    Suite 1,    Alexandria LA 71301
1443398       J C Penny,    P O Box 27570,    Albuquerque NM 87125
1443399       Lloyd A Pizzalato DDS,    301 W Airline Hwy 200,    Laplace LA 70068
1443400       Mathew Mathew,    P O Box 636,    Gramercy LA 70052
1443401       Mervyns,    Retuters National Bank,    P O Box 59316,    Minneapolis MN 55459-0316
1443402       Providian Visa Card,    P O Box 9539,    Manchester NH 03108-9539
1443403       Quantum Health Care Medical,    P O Box 1329,    Pleasanton CA 94566-0213
1443404       River Parishes Hosp,    500 Rue De Sante,    LaPlace LA 70068
1443405       Rodale Books,    F O Box 7031,    Emmares PA 18098-0731
1443409       Tax Collector Sheriff,    Parish of St John the Baptist,    Courthouse,    Edgard LA 70049
1443406       Thibodeaux Regional Hosp,    602 W Acadia Rd,    Thibodeaux LA 70301
1443407       Time Warner Cable,    P O Box 310,    Laplace LA 70069-0310
1443408       William L Wells,    4440 Magnolia St,    New Orleans LA 70115

The following entities were served by electronic transmission on Apr 14, 2004 and receipt of the transmission
was confirmed on:
1443394       E-mail: mrdiscen@discoverfinancial.com Apr 14 2004 20:13:16       Discovery,    P O Box 30953,
                Salt Lake City UT 84130-0953
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
  cr*         Chrysler Financial Co., LLC,    c/o Wendy A. Geurin,    200 Jefferson, Suite 1450,
                Memphis, TN   38103
                                                                                         TOTALS: 0, * 1
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2004                           Signature:    *Joseph Speetjens*

AFFIDAVIT OF                                        UNITED STATES OF AMERICA
BRIDGETTE KETCHENS                      STATE OF LOUISIANA

BE IT KNOWN that on this __13__ day of April, 2005,

BEFORE ME, __SUSAN EARNEST__, Notary Public in and for the Parish of Orleans, State of Louisiana, came and appeared:

BRIDGETTE KETCHENS, a person of the full age of majority and a resident of the Parish of __ST. JOHN__, State of Louisiana, with a mailing address of __222 EAST 27TH STREET, RESERVE, LA 70084__;
Who, after being sworn, did depose and state:

1. She is the debtor in the proceeding entitled "In re: Bridgette Ketchens, Debtor," case no. __01-13159__ filed in the United States Bankruptcy Court for the Eastern District of Louisiana;

2. At no time did she intentionally conceal any information from the creditors or the Chapter 7 Trustee in her bankruptcy; and

3. As soon as she realized that the claim against Wyeth had not been disclosed she authorized her attorney to contact the Chapter 7 Trustee immediately with the information, and she has fully cooperated with the Chapter 7 Trustee requests for any information regarding the claim against Wyeth.

THUS DONE AND PASSED on the date aforesaid before __MATTHEW MORGAN__ and __YVETTE HARGIS__, competent witnesses, who sign their names with the said appearer and me, Notary, after due reading of the whole.

_____                   _Bridgette Ketchens_
                                                               BRIDGETTE KETCHENS

_____
Notary Public (#22348)


EXHIBIT C

AFFIDAVIT OF                                UNITED STATES OF AMERICA
ROLAND A. KETCHENS                          STATE OF LOUISIANA

BE IT KNOWN that on this _13_ day of April, 2005,

BEFORE ME, _SUSAN EARNEST_, Notary Public in and for the Parish of Orleans, State of Louisiana, came and appeared:

ROLAND A. KETCHENS, a person of the full age of majority and a resident of the Parish of _ST. JOHN_, State of Louisiana, with a mailing address of _222 EAST 27TH STREET, Reserve, LA 70084_ ; who, after being sworn, did depose and state:

1. He is the debtor in the proceeding entitled "In re: Roland Ketchens, Debtor," case no. _01-13159_ filed in the United States Bankruptcy Court for the Eastern District of Louisiana;

2. At no time did he intentionally conceal any information from the creditors or the Chapter 7 Trustee in his bankruptcy; and

3. As soon as he realized that his wife's claim against Wyeth had not been disclosed he authorized their attorney to contact the Chapter 7 Trustee immediately with the information, and he and his wife have fully cooperated with the Chapter 7 Trustee requests for any information regarding the claim against Wyeth.

THUS DONE AND PASSED on the date aforesaid before _MATTHEW MORGAN_ and _YVETTE HARGIS_, competent witnesses, who sign their names with the said appearer and me, Notary, after due reading of the whole.

_____     _____
                                     Roland A. Ketchens

_____
                                     _____
                                     Notary Public (#22)348

EXHIBIT D

J        CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2003-4007      DIVISION "AD HOC"      JUDGE ROBERT BURNS

CRYSTALL GATLIN

VERSUS

AMERICAN HOME PRODUCTS CORPORATION, ET AL.

FILED: _____    _____
                                                       DEPUTY CLERK

## STIPULATION OF LIABILITY

    Wyeth[1] admits that its diet drugs Pondimin and Redux caused Crystall Gatlin's aortic heart valve injury.

    Wyeth admits that it is liable for Crystall Gatlin's aortic heart valve injury.

    The only issue to be decided by the jury is the sum of money that would reasonably and fairly compensate Crystall Gatlin.

Agreed and Approved as to Form and Substance, Signed this 22 day of February, 2005

_____        _____
Matthew Douglas                      Richard N. Laminack
Counsel for Defendant Wyeth        Counsel for Plaintiff Crystall Gatlin

---

[1] f/k/a American Home Products Corporation

**EXHIBIT E**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: 01-16243 |
| | SECTION B |
| KETCHENS, ROLAND | |
| KETCHENS, BRIDGETT | |
| DEBTOR (S) | CHAPTER 7 |

### ORDER TO DISCLAIM

Considering the hearing set on March 30, 2005,

    IT IS ORDERED that the Trustee's Motion to Disclaim **(P-26)** With Notice dated February 18, 2005, filed by Aaron Caillouet, Trustee, for purposes of disclaiming any and all interest in and to the following described property:

- Debtor's legal claim against Wyeth Company

as being burdensome to the estate, and/or of inconsequential value and benefit to the estate be confirmed and hereby approved; and let a certified copy of such petition and this Order suffice for all evidential and other legal purposes, including recordation when appropriate.

    New Orleans, Louisiana, March 30, 2005.

                                                  */s/ J. A. Brown*
                                                  Jerry A. Brown
                                                  U.S. Bankruptcy Judge

EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS )<br>(PHENTERMINE/FENFLURAMINE/ )<br>DEXFENFLURAMINE) PRODUCTS )<br>LIABILITY LITIGATION ) | MDL Docket No. 1203 |
| CATHY CHERAMIE, )<br>BRIDGETTE KETCHENS, ET AL. )<br>)<br>VERSUS )<br>)<br>AMERICAN HOME PRODUCTS, )<br>ET AL. ) | CIVIL ACTION NO. 02-20131 |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiff, Bridgette Ketchens, (hereinafter referred to as "Plaintiff/Debtor") respectfully submits the following statement of *additional* uncontested facts in opposition to Wyeth's motion for summary judgment and motion to dismiss under F. R. Civ. P. 17(a):

(1) Roland A Ketchens, Sr. and Bridgette Ketchens bankruptcy case was reopened by order of the United States Bankruptcy Court for the Eastern District of Louisiana. See *Defendants'* Exhibit J, Document No. 17;

(2) The United States Bankruptcy Court for the Eastern District of Louisiana granted the U.S. Trustee's motion to withdraw the erroneous report of no assets. See *Defendants'* Exhibit J, Document No. 17;

(3) The creditors of Roland A. Ketchens, Sr. and Bridgette Ketchens were noticed that the Ketchens' bankruptcy case was an "asset" case and duly informed of their right to file proofs of claim. See *Defendants'* Exhibit J, Document No. 18;

(4)     On 02/18/05, the Trustee moved to abandon the claims to the debtor, Bridgette Ketchens. See *Defendants'* Exhibit J, Document No. 26;

(5)     No creditor objected to the Wyeth claims being returned to the debtor, Bridgette Ketchens. See *Defendants'* Exhibit J;

(6)     On 03/30/05, the United States Bankruptcy Court for the Eastern District of Louisiana approved the disclaimer and abandonment of property. See *Defendants'* Exhibit J, Document No. 28.

Respectfully submitted,

O'QUINN, LAMINACK & PIRTLE

_____ SEE 5149
SUSAN EARNEST, LA # 22348;
REBECCA M. URRUTIA, LA#28430
2752 Canal Street
New Orleans, Louisiana 70119
Telephone: 504/822-8400
Facsimile: 504/822-4300


RICHARD N. LAMINACK, TBA#11850350
THOMAS W. PIRTLE, TBA#160038610
BUFFY K. MARTINES, TBA#24030311
440 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: 713/ 236-2677
Facsimile: 713/ 223-4870

ROBERT G. HARVEY, SR., A.P.L.C.
ROBERT G. HARVEY, SR., LA#18615
2609 Canal Street, Fifth Floor
New Orleans, Louisiana 70119
Telephone: 504/ 822-2136

And

JACOBS & SARRAT
DARLEEN JACOBS, LA#7208

823 St. Louis Street
New Orleans, Louisiana 70112
Telephone: 504/ 522-0155

**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE DEXFENLFURAMINE) PRODUCTS LIABILITY LITIGATION | § § § § § § | MDL Docket No. 1203 |
| CATHY CHERAMIE, BRIDGETTE KETCHENS, ET AL | § § | CIVIL ACTION No. 02-20131 |
| VERSUS | § § | |
| AMERICAN HOME PRODUCTS, ET AL | § § § | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiffs Memorandum in Opposition for Summary Judgment, Statement of Material Facts, and accompanying Affidavits, have been served on the following via United States Mail on the following 15th day of April, 2005.

_____
SUSAN EARNEST

Edward W. Madeira, Jr.
Pepper Hamilton, L.L.P
Bell Atlantic Building, 34th Floor
1717 Arch St.
Philadelphia, Pennsylvania 19103

Edward S. Weltman
Goodwin Proctor, L.L.P.
1285 Avenue of the Americas
New York, New York 10019

1

Peter L. Resnick
McDermott, Will & Emery
28 State St., 34th Floor
Boston, Massachusetts 02109-1775

Mr. John J. Disimone, III
Plaintiffs' Management Committee
Diet Drugs Product Liability Litigation
325 Chestnut St., Suite 200
Philadelphia, Pennsylvania 19106

Tom Stover
Michael Rollins
Arnold & Porter
370 Seventeenth Street, Ste. 4500
Denver, CO 80202-1370

Terry Gay
Janet White
Christovich & Kearney
601 Poydras Street, Ste. 2300
New Orleans, LA 70130

Paul Kerrigan
Reed Smith
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

Kathleen A. Manning
Deborah Van Meter
McGlinchey Stafford PLLC
643 Magazine Street
New Orleans, Louisiana 70130

Marie Rudd Posey
Steen & Williamson, LLC
1100 Poydras Street, Suite 1250
New Orleans, LA 70163

Stanton Shuler, Jr.
Leake, Anderson & Mann, L.L.P.
1100 Poydras Street Suite 1700
New Orleans, LA 70163

Doug Moore
Irwin & Fritchie
400 Poydras Street, Suite 2700
New Orleans, LA 70130

Jason Cashio
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P
22nd Floor, One American Place
P.O. Box 3515
Baton Rouge, Louisiana 70821-3513

W. Luther Wilson
Brooks & Phillips, L.L.P.
Post Office Box 2471
Baton Rouge, Louisiana 70821

Ann Koppel
Kyle Potts
Adams & Reese, L.L.P.
4500 One Shell Square
New Orleans, Louisiana 70139

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1203 |
| CATHY CHERAMIE, BRIDGETTE KETCHENS, ET AL. VERSUS AMERICAN HOME PRODUCTS, ET AL. | CIVIL ACTION NO. 02-20131 |

PRETRIAL ORDER NO._____

AND NOW, TO WIT, this _____ day of _____, 2005, upon consideration of Wyeth's Motion for Summary Judgment and Wyeth's alternative Motion for Dismissal under Federal Rule of Civil Procedure 17(a), and Bridgette Ketchens' Memorandum in Opposition to Wyeth's Motion for Summary Judgment and Dismissal under Federal Rule of Civil Procedure 17(a),

IT IS ORDERED that Wyeth's Motion for Summary Judgment and Wyeth's alternative Motion for Dismissal under Federal Rule of Civil Procedure 17(a), is DENIED.

SO ORDERED.

HON. HARVEY BARTLE, III