IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE / DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION)  :   MDL DOCKET NO. 1203

THIS ORDER RELATES TO THE
O'QUINN LAW FIRM (f/k/a O'QUINN,
LAMINACK & PIRTLE) CASES
LISTED ON EXHIBITS A & B

PRETRIAL ORDER NO. 7336

AND NOW TO WIT: This 30th day of July 2007 it having been advised that all claims between all the parties in the cases listed on Exhibits A and B have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibits A and B, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY: *Tom Dempsey*
Tom Dempsey
Deputy Clerk

**EXHIBIT A**
The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Single Plaintiff Cases
7/21/2007

| # | Plaintiff Name | MDL No. | Transferor Court |
|---|---|---|---|
| 1 | Hazelwood, Christy | 02-20208 | TXS |
| 2 | White, Peggie D. | 02-20221 | LAE |
| 3 | Rogue, Clair Metoyer, correctly identified on the Complaint as Metoyer-Rogue, Clair | 04-20290 | TXS |
| 4 | Leveritt, Betty | 04-20431 | TXS |
| 5 | Prentiss-Rogers, Sharon | 04-20434 | TXS |
| 6 | Wharton-Mims, Bettye J. | 04-20441 | TXS |
| 7 | McCabe, Katherine | 04-20879 | TXN |
| 8 | Franks, Donald G. | 04-21342 | TXS |
| 9 | Woods, Bill | 04-21386 | TXS |
| 10 | Branum, Debra | 04-21393 | TXS |
| 11 | Martinez, Tamera | 05-22019 | TXS |
| 12 | Jones, Monique | 05-22088 | LAE |
| 13 | Borel, Kim | 05-22129 | LAE |
| 14 | Jordan, Debra A. | 05-22199 | LAE |
| 15 | Varnado, Carrie | 05-22205 | LAE |
| 16 | Franklin, James | 05-22238 | LAE |
| 17 | Simmons, Mary E. | 05-24990 | TXE |
| 18 | Lopez, Raul G. | 05-25045 | TXE |

**EXHIBIT B**
The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Multi Plaintiff Cases
7/21/2007

| # | Plaintiff Name | Case Name | MDL No. | Transferor Court |
|---|---|---|---|---|
| 1 | Ketchens, Bridgette | Cheramie, Cathy (Porche Intervention) | 02-20131 | LAE |
| 2 | Knight, Donna | Martinez, Peggy (Alfonso Intervention) | 02-20135 | LAE |
| 3 | Rushing, Shannon | Williams, Vera (Woodson Intervention) | 02-20138 | LAE |
| 4 | Bertrand, Sylvia | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 5 | Lane, Linda | Pomamsky, Paula (Davis Intervention) | 02-20252 | LAE |
| 6 | Robinson, Angela | Pomamsky, Paula (Davis Intervention) | 02-20252 | LAE |
| 7 | Warden, Rebecca B. | Hodges, Elsie, et al. | 04-20309 | TXE |
| 8 | Audesirk, Frank | Roy, Alberta A., et al. | 04-26970 | TXE |